THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:20-CV-00155-D

| | |
|---|---|
| CHRISTINA COLEMAN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING** |
| | ) **CONSENT MOTION TO STAY** |
| THE SHAW UNIVERSITY, | ) **PROCEEDINGS** |
| Defendant. | ) |

Upon consideration of the Consent Motion to Stay Proceedings filed in this Court on May 20, 2020 by Plaintiff Christina Coleman, and for good cause show, Plaintiff's Motion is hereby GRANTED.

It is further ORDERED that all activity in this case, including the time for Defendant to respond to Plaintiff's Complaint, discovery, or any conferences be STAYED until Plaintiff notifies the Court that Plaintiff's currently pending charge of discrimination pending before the Equal Employment Opportunity Commission ("EEOC"), EEOC Charge No. 433-2020-00336 has been resolved. Plaintiff shall provide such notice to the Court within two (2) days of receiving notice from the EEOC. Plaintiff shall then have fourteen (14) days to file her amended pleading as a matter of course. Defendant shall have thirty (30) days to file a response to Plaintiff's Amended Complaint.

SO ORDERED, this the 26 day of May, 2020.

JAMES C. DEVER III
United States District Judge